AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**MARK STUBBLEFIELD**

**CRIMINAL COMPLAINT**

CASE NUMBER:

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __APRIL 7, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

willfully and unlawfully, and by intimidation, did take from the person or presence of another, approximately $2,657.00 in money, belonging to and in the care, custody, control, management, and possession of Washington First Bank, located at 1500 K Street, N.W., Washington, D.C., the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am __SPECIAL AGENT LUIS DEJESUS__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**SPECIAL AGENT LUIS DEJESUS**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                                City and State

_____        _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT
## FOR MARK STUBBLEFIELD

I, Luis DeJesus, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation. I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so assigned since January, 2008. I have been a Special Agent with the FBI since August 2006. I have participated in investigations and search warrants, resulting in the convictions of several defendants.

2. This affidavit is submitted in support of an arrest warrant for **MARK STUBBLEFIELD**, date of birth xxxxxxx, for Bank Robbery, in violation of 18 U.S.C. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are described below.

4. On April 7, 2008, at approximately 10:42 am, a lone black male wearing a tan trench coat and carrying an open black umbrella walked into the Washington First Bank, 1500 K Street, Northwest, Washington, D.C., a federally insured financial institution and approached a teller window screaming "This is a robbery! Give me large bills." The umbrella served to block the suspect's face from the bank surveillance cameras, but did not serve to block the suspect's face from

the people in the bank.  The suspect advised two bank employees "Do not move!"  One of these employees (hereinafter Employee 1) was seated at the entrance to the bank, and pressed the silent alarm.  Employee 1 had an unobstructed view of the suspect's face.

5. When the suspect arrived at the teller window, a bank teller provided him with $100 from a teller drawer.  This $100 consisted of five twenty dollar bills of "bait" money.  Bait money is currency with serial numbers which are recorded by the bank.  This list of serial numbers is maintained by the bank for future comparison.  After the bank teller provided the suspect with the $100 in bait money, she said "I do not have any large bills" and displayed an empty teller drawer.

6. The suspect responded "Yes you have.  Give me all $100 bills. This is a robbery. Hurry up!"  The suspect then reached into his trench coat as though reaching for a weapon.  The bank teller victim then accessed a lower bank drawer which contained additional banking funds.  The bank teller victim provided the suspect with the money from this lower drawer.  As this was happening, the suspect continued screaming "Give me all your large bills!"  As the bank teller victim was collecting this money, another bank employee entered the bank lobby, where the robbery was taking place.  The suspect said to the bank employee "Stop!  Don't move!"  The suspect then took the additional money from the bank teller victim and fled the scene.

7. The victim bank teller described the suspect as a light complected black male, between 40 and 50 years of age, approximately 5'2" tall.  Employee 1 described the suspect as a black male, between 36 and 45 years of age, between 5'1" and 5'2" tall.

8  The bank has determined that the suspect received $2,657.00 in total

9  Upon exiting the bank, the suspect was seen taking a left onto K Street, NW, towards the intersection of 16th and K Streets, NW.

10.     Further investigation revealed surveillance footage taken by cameras maintained by the Capital Hilton Hotel, located on the corner of 16th and K Streets, NW, which is located on the same block as the Washington First Bank.  Your affiant reviewed the video footage taped on April 7, 2008, between approximately 10:30 a.m. and 11:15 a.m.  The footage showed that within moments of the robbery of Washington First Bank, a black male wearing a trench coat and carrying an umbrella ran up to the side entrance of the Capital Hilton Hotel on K Street, NW.  The footage then shows the suspect entering the hotel lobby and exiting through the front door onto 16th Street, Northwest.  Upon exiting through the front door, the suspect attempted to enter a waiting cab.  He was stopped by a hotel bellboy and directed to another cab.  Video surveillance shows the suspect entering a cab, which then drove away.

11.     On April 8, 2008, your affiant located and interviewed the cab driver who picked up the suspect from the front of the Capitol Hilton Hotel on April 7, 2008.  The cab driver informed your affiant that he dropped the suspect off at the corner of 7th Street, NW, and Florida Avenue, NW, and that the suspect paid his fare in cash, with a twenty dollar bill.  The cab driver provided your affiant with the funds he received while working on April 7, 2008. Review of that currency revealed a twenty dollar bill with a serial number matching the serial number of one of the twenty dollar "bait" bills which was stolen from Washington First Bank on April 7, 2008.

12.     The victim bank teller met with a Secret Service sketch artist, who composed a sketch of the suspect.  This sketch was circulated throughout Washington, D.C. by the Metropolitan Police Department.

13.     While canvassing the Washington, D.C. area with a flyer containing the sketch, an FBI agent encountered a citizen who identified the subject of the sketch as someone he/she knew.

3

The citizen further indicated that the suspect frequented the area surrounding 7th Street, NW, and Florida Avenue, NW.  On May 12, 2008, the citizen contacted the FBI agent and stated that the suspect was located at 7th Street, Northwest, and Rhode Island, Northwest.  Metropolitan Police Officers responded to the scene in a marked police car.  As the police officers approached, the suspect fled on foot.  A chase ensued, and the suspect was apprehended at the rear of 626 S Street, Northwest.  The suspect was subsequently arrested for possession of drug paraphernalia.  The suspect provided the name of Michael Smith.

14.    The suspect was taken to Metropolitan Police Headquarters, where he was fingerprinted.  His fingerprints were run through AFIS, which revealed his true name to be **MARK STUBBLEFIELD**, date of birth xxxxxxx.

15.    **STUBBLEFIELD** is a 50 year old black male, and he is 5'2" tall.

16.    A nine photograph photo array was created.  This photo array contained **STUBBLEFIELD'S** May 12, 1008 booking photograph.  This photo array was presented to Employee 1, who positively identified **STUBBLEFIELD'S** photograph as the person who robbed Washington First Bank on April 7, 2008.  This photo array was also presented to the victim bank teller, who did not identify **STUBBLEFIELD**, but who indicated that the photograph of **STUBBLEFIELD** resembled the person who robbed Washington First Bank on April 7, 2008.

17.     Based on the foregoing, the affiant submits that there is probable cause to believe that on or about April 7, 2008, **MARK STUBBLEFIELD** did unlawfully, knowingly and intentionally, rob the Washington First Bank, 1500 K Street, Northwest, Washington, D.C., in violation of 18 U.S.C. 2113(a).

_____
Luis DeJesus, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____day of May, 2008

_____
United States Magistrate Judge