AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MARK STUBBLEFIELD

**WARRANT FOR ARREST**

FILED
MAY 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 08-311-M 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MARK STUBBLEFIELD_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

willfully and unlawfully, and by intimidation, did take from the person or presence of another, approximately $2,657.00 in money, belonging to and in the care, custody, control, management, and possession of Washington First Bank, located at 1500 K Street, N.W., Washington, D.C., the deposits of which were insured by the Federal Deposit Insurance Corporation (FDIC).

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

Name of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Title of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Date and Location: MAY 1 3 2008, District of Columbia

Bail fixed at $_____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 13 May, 08 | INVESTIGATE COPY ONLY ORIGINAL ON FILE WITH US MARSHALL RM 4th floor | Robert C. Byard Reporting |
| DATE OF ARREST 13 May, 08 | | |