UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
                              :
      v.                           : Criminal No.  08-311 (AK)
                              :
MARK STUBBLEFIELD      :
                              :

**MOTION TO DISMISS COMPLAINT**

      Mr. Mark Stubblefield, by his attorney, Jonathan S. Jeffress Assistant Federal Public Defender, respectfully moves this Honorable Court to dismiss with prejudice the criminal complaint filed against Mr. Stubblefield.  In support of this Motion, Mr. Stubblefield, through undersigned counsel, states as follows:

      1.      On May 12, 2008, Mr. Stubblefield was arrested for an offense which was charged in a criminal complaint filed on May 13, 2008 in the United States District Court for the District of Columbia.  The criminal complaint charges Mr. Stubblefield with bank robbery in violation of 18 U.S.C. § 2113(a)..

      2.      On May 16, 2008, Mr. Stubblefield appeared before United States Magistrate Judge Alan Kay for his initial appearance.  Mr. Stubblefield had his preliminary and detention hearings on May 16, 2008.

      3.      As of June 16, 2008, more than 30 days after Mr. Stubblefield's arrest, an indictment has not been returned against him.

      4.      Pursuant to 18 U.S.C. § 3161(b), any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges.

Because the government has failed to indict Mr. Stubblefield within 30 days of his arrest in this case, Mr. Stubblefield respectfully moves this Court to dismiss the criminal complaint filed against him as mandated by 18 U.S.C. § 3162(a)(1). 18 U.S.C. § 3162(a)(1) provides that "[i]f, in the case of any individual against whom a complaint is filed charging such individual with an offense, no indictment or information is filed within the time limit required ... such charge against that individual contained in such complaint shall be dismissed or otherwise dropped." Accordingly, Mr. Stubblefield respectfully requests that the complaint in this case be dismissed with prejudice.

FOR THE ABOVE STATED REASONS, Mr. Stubblefield respectfully requests that this Court dismiss with prejudice the complaint filed against him as required by 18 U.S.C. § 3162(a)(1).

                              Respectfully submitted,

                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                              _____/s/_____
                              Jonathan S. Jefress
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Ste 550
                              Washington, DC 20004
                              (202) 208-7500, ex 134

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
:
**v.** : Criminal No.  08-311 (AK)
:
**MARK STUBBLEFIELD** :
:

**O R D E R**

**AND NOW**, this         day of June, 2008, it is hereby **ORDERED** that Mr. Mark Stubblefield's Motion To Dismiss is hereby granted;

**IT IS FURTHER ORDERED** that the criminal complaint filed on May 13, 2008 in case number 08-311 is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

BY THE COURT:

ALAN KAY
United States Magistrate Court Judge